IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARTIN J. WALSH, | : | |
| SECRETARY OF LABOR, | : | CIVIL ACTION |
| UNITED STATES | : | |
| DEPARTMENT OF LABOR, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| EASTERN MONTGOMERY COUNTY | : | |
| AREA LOCAL 2233, AMERICAN | : | |
| POSTAL WORKERS UNION, AFL-CIO, | : | No. 22-1175 |
|     Defendant. | : | |

**ORDER**

**AND NOW**, this **7th** day of **November 2022**, upon consideration of Plaintiff Secretary Martin J. Walsh's Motion for Summary Judgment (ECF 9), Defendant Eastern Montgomery County Area Local 2233, American Postal Workers Union, AFL-CIO's Response (ECF 11), Defendant's Motion for Summary Judgment (ECF 8) and Plaintiff's Response (ECF 12), and consistent with the accompanying Memorandum of Law, it is **ORDERED** that:

1. Plaintiff's Motion for Summary Judgment (ECF 9) is **DENIED**;

2. Defendant's Motion for Summary Judgment (ECF 8) is **GRANTED**;

3. **JUDGMENT IS ENTERED** in favor of Defendant Eastern Montgomery County Area Local 2233, American Postal Workers Union, AFL-CIO and against Plaintiff Martin J. Walsh, Secretary of Labor, United States Department of Labor; and

4. The Clerk of Court shall close this case.

                                          **BY THE COURT:**

                                          **Berle M. Schiller, J.**